HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Fidela Manalo Cabrera



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELA MANALO CABRERA,<br><br>Defendant. | Case No. 1:19-mj-00034-SAB<br><br>STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER<br><br>JUDGE: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that pretrial release condition (4) relating to Ms. Cabrera reporting to the District Court in Guam be extended for another two weeks to March 29, 2019.

After Ms. Cabrera was released on Pretrial Supervision on February 14, 2019, efforts were made to have counsel pre-appointed for Ms. Cabrera in the District of Guam. The Federal Defender's Office in Guam has a conflict on this particular defendant, and it was then learned that Ms. Cabrera generally would not get appointed counsel until a court date was calendared. Adding to the difficulties was that this case remains sealed on the District of Guam docket and when defense counsel first attempted to contact the court in Guam, they were closed due to an impending hurricane for about a week. CJA counsel was finally appointed for Ms. Cabrera within the last few days. Defense is hopeful that either a video appearance or other alternatives could be explored due to Ms. Cabrera's health issues and her indigent status and the significant

costs associated with travel to Guam.

Pretrial Services Officer Ali Mirgain reports Ms. Cabrera has been in full compliance with all her terms of pretrial release and has been easy to communicate with and is in support of the modification. AUSA Laurel Montoya has communicated with the U.S. Attorney's Office in Guam and has no objection to the requested modification.

All other conditions remain in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATED: March 13, 2019

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: March 13, 2019

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
FIDELA MANALO CABRERA

## ORDER

**IT IS SO ORDERED** that pretrial release condition 4 be modified so the new date to appear in the District Court of Guam shall be by March 29, 2019 or as directed by Pretrial Services. All other conditions remain in full force and effect.

DATED: March 14, 2019

HON. ERICA P. GROSJEAN
United States Magistrate Court Judge