HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Fidela Manalo Cabrera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-mj-00034-SAB |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE; ORDER |
| vs. | |
| FIDELA MANALO CABRERA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that pretrial release condition (7)(j) relating to Ms. Cabrera's Home Detention be modified to read as follows:

**CURFEW:** You must remain inside your residence every day from **8:00 p.m. to 8:00 a.m.**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations

To date, Pretrial Services Officer Ali Mirgain reports Ms. Cabrera has been compliant with all her release conditions and due recent medical issues, this curfew would allow Mr. Cabrera more flexibility to better meet her doctor's recommendations.

AUSA Laurel Montoya has communicated with the U.S. Attorney's Office in Guam and they have no objection to the requested modification.

All other conditions remain in full force and effect.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED: April 24, 2019 | */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: April 24, 2019 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>FIDELA MANALO CABRERA |

## **O R D E R**

**IT IS SO ORDERED** that pretrial release condition 7(j) be modified so the location monitoring component of supervision be as follows:

**CURFEW:** You must remain inside your residence every day from **8:00 p.m. to 8:00 a.m.**, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations

All other conditions remain in full force and effect.

IT IS SO ORDERED.

Dated: **April 25, 2019**

UNITED STATES MAGISTRATE JUDGE