| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | FIDELA MANALO CABRERA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:19-mj-00034 SAB |
|---|---|
| Plaintiff, | ) |
| vs. | ) MOTION FOR RETURN OF PASSPORT; |
| | ) EXHIBIT; ORDER |
| FIDELA MANALO CABRERA, | ) |
| Defendant. | ) |

Defendant, by her attorney, hereby moves the Court for an Order directing the Clerk of this Court to return defendant's Passport as it no longer needs to be held as a condition of pretrial release.

In support of this request, the defendant offers the following:

1. Fidela Manalo Cabrera was charged and prosecuted in the District of Guam under Case No. 1:18-cr-00036-2.

2. As a resident of Turlock, California, Ms. Cabrera was arrested in California and made an initial appearance before this Court, which then established the conditions of pretrial release. Among the conditions of pretrial release was a condition she surrender her Passport.

3. On or about February 14, 2019, Passport No. 524367630 belonging to Fidela Manalo Cabrera was surrendered and received by the Clerk of this Court. It is shown as Document No. 4 upon the records of this Court under the case number captioned above.

4. On May 7, 2019, an order dismissing the indictment as to Ms. Cabrera was signed by Chief Judge Frances M. Tydinco-Gatewood in the District Court of Guam. *See* Exh. A.

5. As there are no further conditions for Ms. Cabrera to fulfill and her case has been dismissed, she requests return of her passport.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: February 10, 2020

*/s/ Charles Lee*
CHARLES LEE
Assistant Federal Defender
Attorneys for Defendant
FIDELA MANALO CABRERA

## **ORDER**

IT IS HEREBY ORDERED that Defendant FIDELA MANALO CABRERA's Passport shall be returned to the defendant forthwith. The passport (no. 524367630 belonging to Fidela Manalo Cabrera) may be provided to the Office of the Federal Defense for conveyance to Ms. Cabrera.

IT IS SO ORDERED.

Dated: **February 10, 2020**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE